UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

CARSON REAL ESTATE COMPANIES,
LLC, a Michigan limited liability company,
f/k/a CARSON REAL ESTATE COMPANY,
LLC, a Michigan limited liability company,

        Plaintiff,

v.

COSTAR GROUP, INC., a Delaware corporation,
COSTAR REALTY INFORMATION,
INC., a Delaware corporation, and
MICHAEL WEINSTEIN, an individual,

        Defendants.

Case No. 10-13966
Hon. Mark A. Goldsmith
Magistrate Judge Mona K. Majzoub

| | |
|---|---|
| CARSON FISCHER, P.L.C.<br>ROBERT M. CARSON (P11682)<br>KAREN H. SAFRAN (P51317)<br>Attorneys for Plaintiff<br>4111 Andover Road<br>West, Second Floor<br>Bloomfield Hills, Michigan 48302<br>(248) 644-4840<br>E-Mail: ksafran@carsonfischer.com<br>       rcarson@carsonfischer.com | SOBLE ROWE KRICHBAUM LLP<br>MATTHEW KRICHBAUM (P52491)<br>Attorney for Defendants<br>221 N. Main Street, Suite 200<br>Ann Arbor, Michigan 48104<br>(734) 996-5635<br>E-Mail: matthew@srkllp.com<br><br>THE OPPENHEIM GROUP, LLP<br>MATTHEW J. OPPENHEIM<br>SCOTT A. ZEBRANK<br>Co-counsel for Defendants<br>7304 River Falls Drive<br>Potomac, Maryland 20854<br>(310) 299-4986<br>E-Mail: matt@oppenheimgroup.net |

**AFFIDAVIT OF DAVID B. FRIEDMAN**

STATE OF MICHIGAN   )
                              ) SS
COUNTY OF OAKLAND  )

    NOW COMES the deponent, David B. Friedman, who states:

1. I have personal knowledge of the facts set forth in this affidavit. I am over eighteen (18) years of age, am a Michigan resident, and am competent to testify in this case.

2. I am the President and CEO of Friedman Real Estate Group, Inc. ("FREG").

3. In 2002, FREG and Carson Real Estate Company, LLC ("CRE"), formed Premier Communities, LLC, a Michigan limited liability company ("Premier Communities"), for the purpose of developing business opportunities.

4. I am advised that CoStar Realty Information, Inc. and/or CoStar Group claim that CRE induced FREG to have one of CRE's employees mislead CoStar Realty by fraudulently identifying himself as FREG's employee in order to gain access to CoStar's services. This claim is not true.

5. I believe that Jason Tink is the CRE employee that CoStar Realty Information, Inc. and CoStar Group, Inc. is referring to when making this claim.

6. FREG authorized Jason Tink to access information contained on CoStar databases under FREG's Licensing Agreements for the purpose of pursing opportunities that would benefit Premier Communities and/or FREG. Jason Tink was issued a username and password by CoStar Group.

7. Jason Tink maintained an office with FREG and had a FREG-issued e-mail address. Premier Communities reimbursed CRE for Jason Tink's employment expenses (including payroll) for work he performed on behalf of Premier Communities and/or FREG.

8. I am further advised that CoStar Realty Information, Inc. and /or CoStar Group claim that CRE improperly researched the properties listed on the attached Exhibit A. To my knowledge, all of the properties listed on the attached Exhibit A were researched as potential business opportunities for Premier Communities and/or FREG.

2

9. My understanding and belief is that Jason Tink's access and use of the CoStar information complied with the terms and conditions of the FREG Licensing Agreements with CoStar Realty Information, Inc.

Further Deponent says not.

David B. Friedman

Subscribed and sworn to before me
This 14th day of February, 2011.

Notary Public,
My Commission Expires:

Margo L. Tozzi
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OAKLAND
My Commission Expires: Sep. 08, 2015
Acting in the County of Oakland

# Exhibit A

| Registration | Registration Date | Photo Address | State | Zip | Date of Infringement |
|---|---|---|---|---|---|
| VA 1-330-911 | 2005-06-20 | 2141 E Broadway Rd | AZ | 85282 | 8/8/2008 |
| VA 1-337-427 | 2005-12-02 | 6755 Telegraph Rd | MI | 48301 | 4/29/2008 |
| VA 1-337-428 | 2005-12-02 | 22021 Commerce Dr | MI | 48183 | 9/25/2008 |
| VA 1-337-773 | 2005-12-01 | 20700 Civic Center Dr | MI | 48076 | 4/14/2008 |
| VA 1-337-773 | 2005-12-01 | 17250 W Twelve Mile Rd | MI | 48076 | 7/23/2008 |
| VA 1-340-320 | 2005-11-28 | 9309 N Florida Ave | FL | 33612 | 8/8/2008 |
| VA 1-340-320 | 2005-11-28 | 2085 E Technology Cir | AZ | 85284 | 8/5/2008 |
| VA 1-340-320 | 2005-11-28 | 8767 E Via de Ventura | AZ | 85258 | 8/6/2008 |
| VA 1-340-320 | 2005-11-28 | 14624 N Scottsdale Rd | AZ | 85254 | 8/7/2008 |
| VA 1-340-320 | 2005-11-28 | 950 W Elliot Rd | AZ | 85284 | 9/25/2008 |
| VA 1-340-320 | 2005-11-28 | 2133 W Peoria Ave | AZ | 85029 | 8/8/2008 |
| VA 1-340-320 | 2005-11-28 | 1711 W Greentree Dr | AZ | 85284 | 8/8/2008 |
| VA 1-344-773 | 2005-12-01 | 12010 Sunset Hills Rd | VA | 20190 | 5/12/2008 |
| VA 1-344-773 | 2005-12-01 | 2025 E St NW | DC | 20006 | 5/12/2008 |
| VA 1-344-773 | 2005-12-01 | 4747 E Beautiful Ln | AZ | 85044 | 7/30/2008 |
| VA 1-345-035 | 2006-03-14 | 1430 W Broadway Rd | AZ | 85282 | 9/4/2008 |
| VA 1-345-045 | 2006-03-08 | 2601 S 37th St | AZ | 85034 | 8/11/2008 |
| VA 1-360-344 | 2006-06-15 | 2202 N West Shore Blvd | FL | 33607 | 8/8/2008 |
| VA 1-375-601 | 2006-09-13 | 2575 E Main St | IN | 46168 | 4/16/2008 |
| VA 1-375-620 | 2006-09-13 | 247 N 28th St | MI | 49015 | 9/26/2008 |
| VA 1-378-196 | 2006-08-17 | 1755 NE 127th St | FL | 33181 | 6/3/2009 |
| VA 1-378-265 | 2006-08-17 | 573 10th St E | FL | 34221 | 7/15/2008 |
| VA 1-378-298 | 2006-08-17 | 20 E Main St | MI | 49120 | 10/7/2008 |
| VA 1-378-341 | 2006-08-17 | 5990 W Behrend Dr | AZ | 85308 | 7/9/2008 |
| VA 1-378-371 | 2006-08-17 | Lincoln Plaza N Scottsdale Rd | AZ | 85253 | 6/8/2009 |
| VA 1-380-272 | 2005-08-10 | 13430 N Black Canyon Fwy | AZ | 85029 | 8/7/2008 |
| VA 1-380-272 | 2005-08-10 | 4835 E Cactus Rd | AZ | 85254 | 3/14/2008 |
| VA 1-386-348 | 2006-10-19 | 30685 W Twelve Mile Rd | MI | 48334 | 4/29/2008 |
| VA 1-386-368 | 2006-10-19 | 500 Eleven Mile Rd | MI | 48067 | 12/15/2008 |
| VA 1-403-884 | 2007-05-11 | 2222 W Dunlap Ave | AZ | 85021 | 8/19/2008 |
| VA 1-403-923 | 2007-03-27 | 15880 N Greenway-Hayden Loop | AZ | 85260 | 9/24/2008 |
| VA 1-405-350 | 2007-05-11 | 8510 NW 44th St | FL | 33351 | 10/16/2008 |
| VA 1-405-404 | 2007-05-11 | 49035 Millmont Dr | CA | 94538 | 6/23/2008 |
| VA 1-407-544 | 2007-03-27 | 202 Yamato Rd | FL | 33431 | 6/5/2009 |
| VA 1-410-720 | 2007-03-27 | 3815 E Bell Rd | AZ | 85008 | 3/14/2008 |
| VA 1-410-720 | 2007-03-27 | 10781 N Frank Lloyd Wright Blvd | AZ | 85259 | 5/22/2009 |

1

| Registration | Registration Date | Photo Address | State | Zip | Date of Infringement |
|---|---|---|---|---|---|
| VA 1-421-668 | 2007-07-02 | 31000 Northwestern Hwy | MI | 48334 | 9/25/2008 |
| VA 1-421-704 | 2007-07-02 | 1110 N Homer St | MI | 48912 | 4/24/2008 |
| VA 1-421-746 | 2007-07-02 | 2675 Fairfield Commons Blvd | OH | 45431 | 10/29/2008 |
| VA 1-421-757 | 2007-07-02 | 8330 Allison Pointe Trl | IN | 46250 | 10/29/2008 |
| VA 1-421-794 | 2007-07-02 | 7001 Lake Ellenor Dr | FL | 32809 | 11/25/2008 |
| VA 1-429-130 | 2008-01-18 | 5201 W 86th St | IN | 46268 | 12/5/2008 |
| VA 1-429-151 | 2008-01-18 | 2800 Biscayne Blvd | FL | 33137 | 10/29/2008 |
| VA 1-429-422 | 2008-01-18 | 31600 W Thirteen Mile Rd | MI | 48334 | 5/12/2009 |
| VA 1-429-422 | 2008-01-18 | 7071 Orchard Lake Rd | MI | 48322 | 5/12/2009 |
| VA 1-429-422 | 2008-01-18 | 7031 Orchard Lake Rd | MI | 48322 | 5/12/2009 |
| VA 1-429-422 | 2008-01-18 | 7115 Orchard Lake Rd | MI | 48322 | 5/12/2009 |
| VA 1-429-422 | 2008-01-18 | 31807 Middlebelt Rd | MI | 48334 | 11/14/2008 |
| VA 1-429-422 | 2008-01-18 | 6800 Orchard Lake Rd | MI | 48322 | 5/12/2009 |
| VA 1-429-644 | 2008-01-18 | 2511 N Fontana Ave | AZ | 85705 | 9/26/2008 |
| VA 1-635-742 | 2007-08-17 | 510 Second St | IN | 47001 | 4/16/2008 |
| VA 1-635-742 | 2007-08-17 | 219 219 Exporting St | IN | 47001 | 4/16/2008 |
| VA 1-635-742 | 2007-08-17 | 140 W Conwell St | IN | 47001 | 4/16/2008 |
| VA 1-636-022 | 2007-08-17 | 7200 Lake Ellenor Dr | FL | 32809 | 11/25/2008 |
| VA 1-636-037 | 2007-10-12 | 7405 E Monte Cristo Ave | AZ | 85260 | 9/24/2008 |
| VA 1-636-037 | 2007-10-12 | 1976 E 5th St | AZ | 85281 | 9/4/2008 |
| VA 1-636-037 | 2007-10-19 | 14000 N Hayden Rd | AZ | 85250 | 5/26/2009 |
| VA 1-636-124 | 2007-10-12 | 209 State St | OH | 45669 | 10/29/2008 |
| VA 1-636-384 | 2007-10-12 | 22858 Lincoln Way | IN | 46628 | 4/16/2008 |
| VA 1-636-603 | 2007-10-12 | 4811 Fenton Rd | MI | 48507 | 10/30/2008 |
| VA 1-636-625 | 2007-11-15 | 616 Green Blvd | IN | 47001 | 4/16/2008 |
| VA 1-637-348 | 2007-08-17 | 1620 S Stapley Dr | AZ | 85204 | 4/24/2008 |
| VA 1-637-348 | 2007-08-17 | 1630 S Stapley Dr | AZ | 85204 | 4/24/2008 |
| VA 1-637-348 | 2007-08-17 | 838 W Elliot Rd | AZ | 85233 | 5/22/2009 |

2