IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |
|---|---|
| COSTAR REALTY INFORMATION, INC.,<br>Plaintiff,<br><br>v.<br><br>CARSON EQUITIES, *et al.*,<br>Defendants. | *<br>*<br>*<br>*<br>*<br>*   Civil Action No. 10-cv-02376-AW<br>*<br>*<br>*<br>* |

*************************************************************************

## SETTLEMENT ORDER

### (LR 111.1)

The Court, having been advised by counsel for the parties that the above action has been settled, including all counterclaims, cross-claims and third party claims, if any.

**IT IS ORDERED** that this action is hereby dismissed with each party to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to re-open this action if settlement is not consummated.

**IT IS FURTHER ORDERED,** this 19th day of September, that the Clerk of the Court **CLOSE** this case and serve copies of this Order, by CM/ECF to all counsel of record.

/s/
Alexander Williams, Jr.
UNITED STATES DISTRICT JUDGE

1