# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| COSTAR REALTY INFORMATION, INC. )<br>)<br>Plaintiff and )<br>)<br>v. )<br>)<br>CARSON EQUITIES, LLC f/k/a CARSON )<br>REAL ESTATE COMPANY, LLC and )<br>CARSON REAL ESTATE )<br>COMPANIES, LLC, f/k/a CARSON )<br>REAL ESTATE COMPANY, LLC. )<br>)<br>Defendants ) | CIVIL ACTION NO. 10-CV-2376-AW |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AND WITHOUT COSTS

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff CoStar Realty Information, Inc. and defendants Carson Equities, LLC and Carson Real Estate Companies, LLC , hereby voluntarily agree and stipulate to the dismissal of this action with prejudice, each party to pay its own costs and attorneys' fees.

Dated: December 1, 2011

| COSTAR REALTY INFORMATION, INC. | CARSON EQUITIES, LLC and CARSON REAL ESTATE COMPANIES, LLC |
|---|---|
| By its attorneys, | By their attorneys, |
| /s/ Matthew J. Oppenheim<br>Matthew J. Oppenheim Bar No. 22256<br>Scott A. Zebrak Bar No. 17741<br>The Oppenheim Group, LLP<br>7304 River Falls Drive<br>Potomac, MD  20854<br>(301) 299-4986<br>(866) 766-1678 (fax)<br>matt@oppenheimgroup.com | /s/ Gregg A. Rubenstein<br>Christopher Wallace Bar No. 16637<br>NIXON PEABODY LLP<br>401 9th Street, N.W.<br>Suite 900<br>Washington, DC 20004<br>(202) 585-8000<br>(202) 585-8080 (facsimile)<br>cwallace@nixonpeabody.com<br><br>Gregg A. Rubenstein (pro hac vice)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000<br>(617) 345-1300 (facsimile)<br>grubenstein@nixonpeabody.com |